IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

BRIAN JAMES HORVOTH,
    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

Civil Action No.: 8:19-cv-00112-MAA
Magistrate Judge Maria A. Audero

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $5,195.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: 06/08/20

_____
Judge Maria A. Audero

Page **1**